# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 8, 2019

## NO. 03-18-00063-CV

**Bradley Allen Zielinski, Appellant**

**v.**

**Jeannette Eduviges Zielinski, Appellee**

## APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the order signed by the district court on January 18, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.